IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: PARAGARD IUD<br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>) | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document Relates to All Cases** |

## ORDER

This matter came before the Court for consideration of Defendants' Consent Motion to Revise Leadership Structure for MDL Proceedings. [Doc. No. 731]. Upon reviewing the Motion, the Court finds that it should be GRANTED.

The Court hereby appoints as the Cooper Defendants' Co-Lead Counsel:

Kasey M. Adams, Esq.
Mississippi Bar No. 105025
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39158
Telephone: (601) 948-5711
Kasey.Adams@butlersnow.com

Defendants' collective Lead Counsel are charged with formulating and presenting Defendants' positions on substantive and procedural issues, either personally or by coordinating the efforts of others, during the litigation including, but not limited to, presenting written and oral arguments and suggestions to the

Court, working with opposing counsel in developing and implementing a litigation plan for the just, speedy, and inexpensive determination of this action.

Therefore, the Clerk is directed to substitute Kasey M. Adams, Esq., for Tara L. Blake, Esq., as Co-Lead Counsel for the Cooper Defendants in this action and in all associated cases.

SO ORDERED THIS this 15th day of November, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE